IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN P. STOKES and PAMELA STOKES,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>JUDGES DEBORAH CHRISTOPHER and JAMES MANLEY,<br><br>　　　　　　　　Defendants. | CV 21–55–M–DWM<br><br>ORDER |

　　　　On May 6, 2021, Plaintiffs filed a motion to proceed *in forma pauperis* (Doc. 1) and a proposed complaint alleging constitutional violations pursuant to 42 U.S.C. § 1983 related to a bankruptcy proceeding against two state district judges in the Twentieth Judicial District, Lake County, Montana.  The request to proceed *in forma pauperis* was granted, however, Plaintiffs' complaint was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) on judicial immunity grounds.  (Doc. 8.)  A judgment of dismissal was entered on May 12, 2021.  (Doc. 9.)  On May 17, 2021, Plaintiffs filed a motion for reconsideration.  (Doc. 11.)

　　　　Pursuant to the Local Rules governing proceedings in this Court, a motion for reconsideration must be premised on a facts or law that are materially different from the facts or law considered when the original order was entered.  L.R. 7.3(b).

1

Such a motion cannot simply rehash arguments already addressed by the Court. *See* L.R. 7.3(c). Here, Plaintiffs simply disagree with the Court's judicial immunity analysis. That is not an appropriate ground for reconsideration.

Accordingly, IT IS ORDERED that Plaintiffs' motion for reconsideration (Doc. 11) is DENIED.

DATED this 18th day of May, 2021.

*/s/ Donald W. Molloy*
Donald W. Molloy, District Judge
United States District Court